UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JENNIFER FORSHEY,

    Plaintiff,

v.

SOUND ORAL AND MAXILLOFACIAL SURGERY PS, et al.,

    Defendants.

CASE NO. C06-5335RJB

ORDER GRANTING PLAINTIFF'S MOTION TO QUASH SUBPOENAS . . . AND FOR A PROTECTIVE ORDER PREVENTING DISCOVERY . . . .

    This matter comes before the court on the above referenced motion (Dkt. 9). It appears that the defendant got the cart before the horse and started discovery before the parties had completed their FRCP 26 conference and before completion of the discovery plan as ordered by the court's Minute Order Regarding Initial Disclosures, Joint Status Report and Early Settlement (Dkt. 3).

    Accordingly, plaintiff's motion should be GRANTED, outstanding discovery should be quashed, and the court should order that discovery be held in abeyance until the FRCP 26 conference is completed and the discovery plan is adopted.

    The court is concerned with the tone of the pleadings filed in support of and in opposition to this motion and the apparent inability of counsel to solve simple discovery matters. A discovery motion is not an offer of a forum to address the merits of the case, and if counsel is unable to

ORDER

1  schedule and complete appropriate conferences in a civil and professional manner, they will end up
2  doing these simple tasks in the presence of the court.
3      Based on the pleadings of the parties, the court sees no justification for terms to either side;
4  indeed, this entire issue should have been resolved by calm discussion between counsel without the
5  involvement of the court.
6      Counsel are further urged to use the conference call procedure set out in the court's Minute
7  Order Regarding Discovery and Depositions (Dkt. 2).
8      IT IS SO ORDERED.
9      The Clerk of the Court is instructed to send uncertified copies of this Order to all counsel of
10 record and to any party appearing *pro se* at said party's last known address.
11     DATED this 19th day of July, 2006.

                                                      *[signature]*
                                                      Robert J. Bryan
                                                      United States District Judge

ORDER