1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
9                              AT TACOMA

10

11  JENNIFER N. FORSHEY, D.M.D., M.D.,

12              Plaintiff,                    CASE NO. C06-5335RJB

13         v.                                 ORDER AMENDING ORDER

14  SOMS, Inc., P.S., a Washington corporation;
    ROBERT TODD ERICKSON, DDS, and
15  ANNE ERICKSON, and their marital
    community,
16
                Defendants.
17  SOMS, Inc., P.S., a Washington corporation;
    ROBERT TODD ERICKSON, DDS, and
18  ANNE ERICKSON, and their marital
    community,
19
                Counter Claimants,
20
           v.
21
    JENNIFER N. FORSHEY, D.M.D., M.D.,
22
                Counter Defendant.
23

24     It is hereby

25     **ORDERED** that the Order (1) Granting in Part and Denying in Part Plaintiff's Motion for

26  Summary Judgment on Contract Claims, (2) Granting in Part and Denying in Part Plaintiff's

27  Motion for Summary Judgment on Counterclaims, and (3) Granting and Denying Evidentiary

28
ORDER
Page 1

1  Motions to Strike (Dkt. 160) is hereby **AMENDED** as follows: Dr. Forshey is entitled to
2  judgment in the amount of $12,590.58.
3        The Clerk of the Court is instructed to send uncertified copies of this Order to all counsel
4  of record and to any party appearing pro se at said party's last known address.
5        Dated this 24th day of July, 2007.

                                              Robert J Bryan
                                              United States District Judge

ORDER
Page 2